

**FILED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

SEP 17 2008

At_____M
STEPHEN R LUDWIG, Clerk
U S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Jeffrey Sanders<br>1079 S. Main St., Apt 104<br>Crown Point, IN 46307<br><br>    Plaintiff,<br><br>v.<br><br>Global Credit & Collection Corporation<br>c/o CT Corporation System, Registered Agent<br>208 S LaSalle St, Suite 814<br>Chicago, IL 60604<br><br>    Defendant. | Case No.:<br><br>Judge:    **2  0 8 C V   2 6 4**<br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br>**JURY DEMAND ENDORSED HEREIN** |

## JURISDICTION AND VENUE

1.  Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692.  Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

## FACTS COMMON TO ALL COUNTS

2.  Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

3.  Plaintiff incurred a "debt" as defined by 15 U.S.C. §1692a(5).

4.  At the time of the communications referenced herein, Defendant either owned the debt or was retained by the owner to collect the debt.

5.  Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

6.  Plaintiff filed this claim within the timeframe permitted under the FDCPA.

7.  On or around August 2, 2008, Defendant telephoned Plaintiff in an effort to collect the debt.

8.  During this communication, Defendant advised Plaintiff to commit suicide so that Plaintiff's family could use Plaintiff's life insurance money to satisfy the debt.

9.  During this communication, Defendant also suggested that Plaintiff commit bank robbery to obtain money with which to pay the debt.

10. Defendant damaged Plaintiff emotionally and mentally and caused Plaintiff substantial anxiety and stress.

11. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

12. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

13. Defendant violated 15 U.S.C. §1692d in that Defendant used obscene and/or abusive language during its communications in connection with the collection of the debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

14. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

15. The Defendant violated 15 U.S.C. §1692f in that its actions were unfair and/or unconscionable means to collect the debt.

## JURY DEMAND

16. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

17. Plaintiff prays for the following relief:

a. Judgment against Defendant for actual damages, statutory damages pursuant to 15

   U.S.C. §1692k and costs, and reasonable attorney's fees pursuant to 15 U.S.C.

   §1692k.

b. For such other legal and/or equitable relief as the Court deems appropriate.


RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By:_____

Timothy J. Sostrin
233 S. Wacker
Sears Tower, Suite 5150
Chicago, IL 60606
Telephone: 866-339-1156
Email: tjs@legalhelpers.com
Attorneys for Plaintiff